UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALVIN GAINES,<br><br>            Plaintiff,<br><br>    v.<br><br>ROB FUSARI and ROB FUSARI PRODUCTIONS, LLC,<br><br>            Defendants. | Civil Action No. 11-4433 (WJM)<br><br><br><u>ORDER</u> |

**THIS MATTER** having come before the Court upon Defendants' motion for leave to amend their answer to file a third-party complaint [CM/ECF No. 37]; and Plaintiff's cross-motion to strike Defendants' fourth affirmative defense [CM/ECF No. 38]; and the Court having considered the papers submitted in support of and in opposition to the motion; and for the reasons expressed in the Opinion issued on this date; and for good cause shown;

**IT IS** on this 24th date of July 2012,

**ORDERED** that, Defendants' motion to amend [CM/ECF No. 37] is **GRANTED**, and Plaintiff's cross-motion [CM/ECF No. 38] is **DENIED WITHOUT PREJUDICE**.

                                                         s/Mark Falk_____
                                                         **MARK FALK**
                                                         **United States Magistrate Judge**