

# LAW OFFICES OF JAMES C. DEZAO, P.A.
*Attorney at Law*

James C. DeZao -NJ
Bruce Montague-NY*

*of Counsel

322 Route 46 West, Suite 120
Parsippany, New Jersey 07054
Telephone (973) 808-8900
Facsimile (973) 808-8648

e-mail: jim@dezaolaw.com

New York Office
212-45 26th Avenue, Suite 7
Bayside, NY 11360
718-279-7555

September 13, 2012

*Via Electronic Filing*
United States District Court
District of New Jersey
1 Federal Square
Newark, NJ 07102
ATTN: COURT CLERK

RE:  FUSARI advs. GAINES, ET AL.
     CASE NO.: 2:11-CV-44330WJM-MF
     OUR FILE NO.: 4.03803

Dear Sir/Madam:

    Please be advised this office represents Defendant and Third Party Plaintiff with regard to the above referenced matter. I received a notice from the Clerk with regard to Document #53 on the docket, which was entered in error as a Confidential Material. This letter shall confirm that Document #53, should not be confidential and its access was restricted in my office's error.

    If you should have any questions or if additional information is required, please feel free to contact my office immediately. Thank you.

Respectfully submitted,

JAMES C. DEZAO
JCD/ap

Cc: All parties via electronic filing