UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALVIN GAINES, | ) |
| Plaintiff, | ) No. 11-cv-4433 (WJM/MF) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| ROB FUSARI and ROB FUSARI PRODUCTIONS, LLC | ) |
| Defendants-Third Party Plaintiffs | ) |
| v. | ) |
| STEFANI GERMANOTTA aka LADY GAGA, | ) |
| Third-Party Defendant | ) |

To the Clerk of this Court and all Counsel of Record:

    Please enter my appearance as counsel in this case on behalf of Third-Party Defendant Stefani Germanotta aka Lady Gaga. I certify that I am admitted to practice in this Court.

Dated: October 1, 2012
       New York, New York

                            Respectfully Submitted,

                            PROSKAUER ROSE LLP

                            By: _s/ Sandra A. Crawshaw-Sparks
                                  Sandra A. Crawshaw-Sparks
                                  Eleven Times Square
                                  New York, New York 10036
                                  Telephone: 212.969.3000
                                  Facsimile: 212.969.2900
                                  *Attorneys for Third-Party Defendant*