PROSKAUER ROSE LLP
Sandra A. Crawshaw-Sparks
Eleven Times Square
New York, NY 10036
Telephone: 212-969-3000
Fax: 212-969-2900
scrawshaw@proskauer.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALVIN GAINES, | |
| Plaintiff, | No. 11-cv-4433 (WJM/MF) |
| v. | |
| ROB FUSARI and ROB FUSARI PRODUCTIONS, LLC | **DECLARATION OF SANDRA A. CRAWSHAW-SPARKS IN SUPPORT OF THIRD-PARTY STEFANI GERMANOTTA'S MOTION FOR SUMMARY JUDGMENT AND TO DISMISS THIRD-PARTY PLAINTIFFS' <u>THIRD-PARTY COMPLAINT</u>** |
| Defendants-Third Party Plaintiffs | |
| v. | |
| STEFANI GERMANOTTA aka LADY GAGA, | |
| Third-Party Defendant | |

I, Sandra A. Crawshaw-Sparks, hereby declare under penalty of perjury that the following is true and correct:

1. I am more than eighteen (18) years old and I am an attorney admitted to the bar of the State of New Jersey and the bar of this Court. I am a partner in the law firm Proskauer Rose LLP, counsel to third-party defendant Stefani Germanotta, p/k/a "Lady Gaga" ("Germanotta").

2. Germanotta is a multi-Grammy Award winning singer/songwriter and recording artist.

**REDACTED**

Executed on this 1st day of October, 2012 in New York, New York.

_s/ Sandra A. Crawshaw-Sparks_
SANDRA A. CRAWSHAW-SPARKS