# EXHIBIT 1

**REDACTED**



**REDACTED**

**REDACTED**