UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALVIN GAINES, | ) |
| Plaintiff, | ) No. 11-cv-4433 (WJM/MF) |
| v. | ) **CERTIFICATE OF SERVICE** |
| ROB FUSARI and ROB FUSARI PRODUCTIONS, LLC | ) |
| Defendants-Third Party Plaintiffs | ) |
| v. | ) |
| STEFANI GERMANOTTA aka LADY GAGA, | ) |
| Third-Party Defendant | ) |

I hereby certify that I caused a true and correct copy of (1) the Notice of Appearance of Sandra A. Crawshaw-Sparks; (2) Third-Party Defendant Stefani Germanotta's Notice of Motion to Seal; (3) Memorandum of Law in Support of Third-Party Defendant Stefani Germanotta's Motion to Seal; (4) Declaration of Sandra A. Crawshaw-Sparks in Support of Third-Party Defendant Stefani Germanotta's Motion to Seal; (5) (Proposed) Findings of Fact and Conclusions of Law and Proposed Order Granting Third-Party Defendant Stefani Germanotta's Motion to Seal; (6) Third-Party Defendant Stefani Germanotta's Notice of Motion for Summary Judgment or Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6); (7) [Proposed] Order Granting Third-Party Defendant's Motion [For Summary Judgment/To Dismiss the Third-Party Complaint]; (8) Statement of Material Facts Not In Dispute Pursuant to Local Rule 56.1 (both redacted and unredacted); (9) Declaration of Sandra A. Crawshaw-Sparks in Support of Third-Party Defendant Stefani Germanotta's Motion for Summary Judgment and to Dismiss Third-Party Plaintiff's Third-Party Complaint, with exhibits (both redacted and unredacted); and (10)

Third-Party Defendant Stefani Germanotta's Memorandum of Law in Support of Her Motion for Summary Judgment and to Dismiss Third-Party Plaintiffs' Third-Party Complaint (both redacted and unredacted) to be delivered to counsel for Plaintiff and Defendant by ECF and by UPS to the following addresses:

James C. DeZao
Law Offices of James C. DeZao, P.A.
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
*Attorneys for Defendants/Third-Party Plaintiffs*

Brian D. Caplan
Caplan & Ross, LLP
270 Madison Ave., 13th Floor
New York, NY 10016

This is the 1st day of October, 2012.

_____
Kevin S. Blum