Law Offices of James C. DeZao, P.A.
322 Route 46 West, Suite 120
Parsippany, N.J. 07054
(973) 808-8900
(973) 808-8648 (f)
Attorneys for Defendants Rob Fusari
and Rob Fusari Productions, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALVIN GAINES,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>-v-<br><br>ROB FUSARI, ROB FUSARI PRODUCTIONS, LLC,<br><br>    Defendants-Third Party Plaintiffs,<br><br>v.<br><br>STEFANI GERMANOTTA aka LADY GAGA,<br><br>    Third-Party Defendant. | **Civil Action No. 11-CV-4433 (WJM/MF)** |

NOTICE OF CROSS-MOTION TO AMEND

To:   Brian D. Caplan, Esq.                         Mark S. Shane, Esq.
      Caplan & Ross, LLP                            Shane & White, LLC
      270 Madison Avenue, 13th Floor                1676 Route 27
      New York, NY 10016                            Edison, NJ 08817

      Sandra A. Crawshaw-Sparks, Esq.
      Proskauer Rose LLP
      Eleven Times Square
      New York, NY 10036

1

**PLEASE TAKE NOTICE** that the undersigned will cross-move to this Court, before the Honorable William Martini, United States District Judge, in his Courtroom at the Martin Luther King, Jr. United States Courthouse, Newark, New Jersey, at 9:00AM on _____, 2012, for Leave to Amend to their Third Party Complaint.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the annexed Opposition Papers in support of said cross-motion and in opposition to the Third Party Defendant, Stefani Germanotta's Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** the undersigned does not request oral argument. A proposed form of Order is hereto annexed.

Dated: 10/22/12

                                              **LAW OFFICES OF JAMES C. DEZAO, P.A.**

                                              By:    _____
                                                      James C. DeZao, Esq.
                                                      322 Route 46 West
                                                      Suite 120
                                                      Parsippany, New Jersey 07054
                                                      (973) 808-8900
                                                      *Attorneys for Defendants*