UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALVIN GAINES,<br><br>    Plaintiff-Counterclaim Defendant,<br>-v-<br><br>ROB FUSARI, ROB FUSARI PRODUCTIONS, LLC,<br><br>    Defendants-Third Party Plaintiffs,<br><br>    v.<br><br>STEFANI GERMANOTTA aka LADY GAGA,<br><br>    Third-Party Defendant. | **Civil Action No. 11-CV-4433 (WJM/MF)** |

## ORDER

AND NOW, this _____ day of _____ 2012, upon consideration of the Defendants' Cross-Motion for Leave to Amend their Complaint, and opposition thereto, it is ORDERED AND DECREED that the Defendants' Motion is granted and the Defendants granted leave to file a Second Amended Third Party Complaint.

Date: _____

                                                                                            U.S.D.J.