UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALVIN GAINES,<br><br>        Plaintiff,<br><br>    v.<br><br>ROB FUSARI and ROB FUSARI, PRODUCTIONS, LLC,<br><br>        Defendants-Third Party Plaintiffs<br><br>    v.<br><br>STEFANI GERMANOTTA aka LADY GAGA.<br><br>        Third-Party Defendant | No. 11-cv-4433 (WJM/MF)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I caused a true and correct copy of (1) Third-Party Defendant Stefani Germanotta's Reply Memorandum of Law in Support of Her Motion for Summary Judgment and to Dismiss Third-Party Plaintiffs' Third-Party Complaint and in Opposition to Third-Party Plaintiffs' Cross-Motion to Amend (both redacted and unredacted); (2) Reply Declaration of Sandra A. Crawshaw-Sparks in Support of Third-Party Defendant Stefani Germanotta's Motion for Summary Judgment and to Dismiss Third-Party Plaintiffs' Third-Party Complaint, with Exhibit (both redacted and unredacted); (3) Notice of Motion to Seal; (4) Memorandum of Law in Support of Third-Party Defendant Stefani Germanotta's Motion to Seal; and (5) (Proposed) Findings of Fact and Conclusions of Law and Proposed Order Granting Third-Party Defendant Stefani Germanotta's Motion to Seal to be delivered to counsel for Plaintiff and Defendants/Third-Party Plaintiffs by ECF on October 29, 2012. I further certify that I served same on counsel for Defendants/Third-Party Plaintiffs by email on October 29, 2012 at jim@dezaolaw.com and allie@dezaolaw.com. Finally, I further certify that I served same on

counsel for Plaintiff and Defendants/Third Party Plaintiffs on October 31, 2012 by Federal Express to the following addresses:

James C. DeZao
Law Offices of James C. DeZao, P.A.
322 Route 46 West
Parsippany, New Jersey 07054
*Attorneys for Defendants/Third-Party Plaintiffs*

Brian D. Caplan
Caplan & Ross, LLP
270 Madison Ave., 13th Floor
New York, NY 10016
*Attorneys for Plaintiff*

This is the 31st Day of October, 2012

_____
Kevin S. Blum
