UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALVIN GAINES,<br><br>                    Plaintiff,<br><br>v.<br><br>ROB FUSARI, et al.,<br><br>                    Defendants. | Civil Action No. 11-4433  (WJM)<br><br><br>**ORDER** |

IT IS on this 31st day of October, 2014

**ORDERED** that:

1. The **Final Pretrial Conference** before the Undersigned on November 7, 2014 is hereby rescheduled to **December 10, 2014** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.

2. All counsel are directed to assemble at the office of plaintiff's counsel not later than ten (10) days before the pretrial conference to prepare the Pretrial Order in the form and content required by the Court.  Plaintiff's counsel shall prepare the Pretrial Order and shall submit it to all other counsel for approval.

3. The original of the Pretrial Order and all required submissions shall be delivered to Chambers on or before **December 8, 2014**.  All counsel are responsible for the timely submission of the Pretrial Order.  A copy of Judge Martini's form of Final Pretrial Order and other instructions have been supplied to you.

                                                                   /s/ Mark Falk
                                                                  **MARK FALK**
                                                                  **United States Magistrate Judge**